**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  **PUERTO RICO**
_____ (State)

Case number (*if known*): _____  Chapter **7**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   CLASSIC ANTIQUE FURNITURE BUSINESS TRUST

2. **All other names debtor used in the last 8 years**

   CAFBTR

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   9  3 - 6  6  2  0  9  7  2

4. **Debtor's address**

   **Principal place of business**

   75 Junin #901
   Number        Street

   _____

   San Juan            PR       00926
   City                State   ZIP Code

   San Juan
   County

   **Mailing address, if different from principal place of business**

   220 Calle Manuel Domenech
   Number        Street

   Unit # 949
   P.O. Box

   San Juan            PR       00918
   City                State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   2366 Haliard Way
   Number        Street

   _____

   Lithonia            GA       30058
   City                State   ZIP Code

5. **Debtor's website** (URL)

   None

| Debtor | CLASSIC ANTIQUE FURNITURE BUSINESS TRUST | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☒ Other. Specify: _____Business Trust_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_4_ _4_ _2_ _2_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    CLASSIC ANTIQUE FURNITURE BUSINESS TRUST

    Name                   Case number (if known)_____

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

                 District _____ When _____ Case number _____
                                     MM / DD / YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

                 District _____ When _____
                                            MM / DD / YYYY

                 Case number, if known _____

---

**11.** **Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** *(Check all that apply.)*

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

         What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
                                Number       Street

                                _____

                                _____    _____
                                City                        State ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes. Insurance agency _____

             Contact name     _____

             Phone            _____

---

    **Statistical and administrative information**

---

| Debtor | CLASSIC ANTIQUE FURNITURE BUSINESS TRUST | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 23 / 2023
           MM  / DD / YYYY

✗ _Bij Rod, TTEE_                          By: Angel Rodriguez, TTEE
Signature of authorized representative of debtor        Printed name

Title  Trustee

Debtor ___CLASSIC ANTIQUE FURNITURE BUSINESS TRUST___   Case number (if known)_____
         Name

**18. Signature of attorney**   ✖ _____   Date _____
                                   Signature of attorney for debtor          MM  / DD / YYYY

                                   _____
                                   Printed name

                                   _____
                                   Firm name

                                   _____
                                   Number        Street

                                   _____   State ____   ZIP Code _____
                                   City

                                   _____   Email address _____
                                   Contact phone

                                   _____   State _____
                                   Bar number

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re:  CLASSIC ANTIQUE FURNITURE )
        BUSINESS TRUST         )      Case No.:
                         )
      Debtor          )      Chapter:    7
                         )
_____ )

CERTIFICATION OF CREDITOR MATRIX

NOW COMES Angel Rodriguez as Trustee for the Debtor,
CLASSIC ANTIQUE FURNITURE BUSINESS TRUST, who confirms that the
enclosed creditor matrix (2 pages attached) is true and correct, to the best of his
knowledge. The undersigned Trustee, Angel Rodriguez, verifies that the enclosed
Creditor Matrix can be used by the Clerk of Court to notice to all of the attached
parties/creditors.


Verified on this day, August 23, 2023,

*By: [signature], TTEE*

By: Angel Rodriguez, TTEE
CLASSIC ANTIQUE FURNITURE BUSINESS TRUST
220 Calle Manuel Domenech, Unit # 949
San Juan, PR 00918
(404) 496 - 8198
CAFBTR@gmail.com

Ann Jackson Gallery
1101 Alpharetta St.
Roswell, GA 30075

Asheville Gallery of Art
82 Patton Ave #2803
Asheville, NC 28801

Azra Oriental Rugs, Inc.
690 Miami Cir NE #100
Atlanta, GA 30324

Blue Valley Gallery
45 State Rd 1141
Cashiers, NC 28717

Classic Clocks
857 Collier Rd NW
Atlanta, GA 30318

City Antiques & Interior Arts
700 Holcomb Bridge Rd #100
Roswell, GA 30076

Dior Oriental Rug Cleaning LLC
6659 Peachtree Industrial Blvd Suite L
Norcross, GA 30092

Evict Them For Me.com
2274 Salem Road Suite 106-140
Conyers, GA 30013

H Restoration Inc.
556 Tift St SW #B
Atlanta, GA 30310

Highland Row Antiques
628 North Highland Avenue Northeast
Atlanta, GA 30306

Persian Point Rugs Inc
5180 Peachtree Blvd Ste 105
Chamblee, GA 30341

Restoration Hero LLC.
680 Murphy Ave SW Ste 1096
Atlanta, GA 30310

Rugs International, Inc.
10800 Alpharetta Hwy #280
Roswell, GA 30076

Shao Yun Chen
1004 S Peachtree Street
Norcross, GA 30071

Thompson's Frame & Gallery
8560 Holcomb Bridge Rd #127
Alpharetta, GA 30022

Turnage Place Estate Sales Co.
711 Trabert Ave NW
Atlanta, GA 30318

Fill in this information to identify the case:

Debtor name ___CLASSIC ANTIQUE FURNITURE BUSINESS TRUST_____

United States Bankruptcy Court for the:_____ District of __PR__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................ $ ___0___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................... $ ___0___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................... $ __187,460__

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $ ___0___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... $ ___0___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... + $ __175,031__

4. **Total liabilities**...............................................................................................................................
   Lines 2 + 3a + 3b
   $ __175,031__

**Fill in this information to identify the case:**

Debtor name    CLASSIC ANTIQUE FURNITURE BUSINESS TRUST

United States Bankruptcy Court for the:_____ District of __PR___
(State)

Case number (if known):    _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☒ No. Go to Part 2.
    ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

    4.1. _____    $_____

    4.2. _____    $_____

5. **Total of Part 1**    $_____

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☒ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1. _____    $_____

    7.2. _____    $_____

Debtor _____CLASSIC ANTIQUE FURNITURE BUSINESS TRUST_____   Case number _(if known)_____
             Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $_____

8.2. _____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                         $_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                    Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:    _____  –  _____  = ........→   $_____
                                face amount              doubtful or uncollectible accounts

11b. Over 90 days old:       _____  –  _____  = ........→   $_____
                                face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                     $_____

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock.

14.1. _____   _____   $_____

14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe.

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                       $_____

---

Debtor CLASSIC ANTIQUE FURNITURE BUSINESS TRUST Case number (if known)_____
      Name

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| Furniture, paintings | 08 / 22 / 2023 MM / DD / YYYY | $ 185,200 | COGS | $ 185,200 |
| 22. **Other inventory or supplies** | | | | |
| A few small hand Tools and fabric | 08 / 22 / 2023 MM / DD / YYYY | $ 1,260 | COGS | $ 1,260 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    | $ 187,460 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   CLASSIC ANTIQUE FURNITURE BUSINESS TRUST _____ Case number (if known)_____
            Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    CLASSIC ANTIQUE FURNITURE BUSINESS TRUST                    Case number *(if known)*_____
          Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor   CLASSIC ANTIQUE FURNITURE BUSINESS TRUST _____ Case number (if known)_____
_____Name_____

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

❏ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

❏ No

❏ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

❏ No

❏ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

❏ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor   CLASSIC ANTIQUE FURNITURE BUSINESS TRUST_____   Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

---

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☒ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   _____   _____   = → $_____
   _____   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
   _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____   $_____
   **Nature of claim**   _____
   **Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____   $_____
   **Nature of claim**   _____
   **Amount requested**   $_____

76. **Trusts, equitable or future interests in property**
   _____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____   $_____
   _____   $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

Debtor    CLASSIC ANTIQUE FURNITURE BUSINESS TRUST    Case number *(if known)*_____
          Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 187,460 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column.....................91a. | $ 187,460 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................  $ 187,460

**Fill in this information to identify the case:**

Debtor name    CLASSIC ANTIQUE FURNITURE BUSINESS TRUST

United States Bankruptcy Court for the: _____ District of ___PR___
                                                (State)

Case number (if known). _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

Describe debtor's property that is subject to a lien

_____   $_____    $_____
_____
_____

Describe the lien

_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____   $_____    $_____
_____
_____

Describe the lien

_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Fill in this information to identify the case:

Debtor  CLASSIC ANTIQUE FURNITURE BUSINESS TRUST

United States Bankruptcy Court for the: _____  District of  PR
                                                                   (State)

Case number
(If known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                    | Total claim | Priority amount |
|-----|--------------------------------------------------------------------|-------------|-----------------|

**2.1**   **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**  $_____   $_____
_____              *Check all that apply.*
_____              ☐ Contingent
_____              ☐ Unliquidated
                                                     ☐ Disputed
**Date or dates debt was incurred**                  **Basis for the claim:**
_____              _____

**Last 4 digits of account**                         **Is the claim subject to offset?**
**number**  ___ ___ ___ ___                          ☐ No
**Specify Code subsection of PRIORITY unsecured**    ☐ Yes
**claim: 11 U.S.C. § 507(a) (____)**

**2.2**   **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**  $_____   $_____
_____              *Check all that apply.*
_____              ☐ Contingent
_____              ☐ Unliquidated
                                                     ☐ Disputed
**Date or dates debt was incurred**                  **Basis for the claim:**
_____              _____

**Last 4 digits of account**                         **Is the claim subject to offset?**
**number**  ___ ___ ___ ___                          ☐ No
**Specify Code subsection of PRIORITY unsecured**    ☐ Yes
**claim: 11 U.S.C. § 507(a) (____)**

**2.3**   **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**  $_____   $_____
_____              *Check all that apply.*
_____              ☐ Contingent
_____              ☐ Unliquidated
                                                     ☐ Disputed
**Date or dates debt was incurred**                  **Basis for the claim:**
_____              _____

**Last 4 digits of account**                         **Is the claim subject to offset?**
**number**  ___ ___ ___ ___                          ☐ No
**Specify Code subsection of PRIORITY unsecured**    ☐ Yes
**claim: 11 U.S.C. § 507(a) (____)**

Debtor  CLASSIC ANTIQUE FURNITURE BUSINESS 4 US
      Name

Case number (if known)

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
Ann Jackson Gallery
1101 Alpharetta St.
Roswell, GA 30075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,329

Basis for the claim:  Artwork

Date or dates debt was incurred  Sept. 2022

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**3.2**
Nonpriority creditor's name and mailing address
Asheville Gallery of Art
82 Patton Ave #2803
Asheville, NC 28801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,114

Basis for the claim:  Artwork

Date or dates debt was incurred  Oct. 2022

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**3.3**
Nonpriority creditor's name and mailing address
Azra Oriental Rugs, Inc.
690 Miami Cir NE #100
Atlanta, GA 30324

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,857

Basis for the claim:  Rug

Date or dates debt was incurred  Jan. 2023

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**3.4**
Nonpriority creditor's name and mailing address
Blue Valley Gallery
45 State Rd 1141
Cashiers, NC 28717

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,219

Basis for the claim:  Paintings

Date or dates debt was incurred  Nov. 2022

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**3.5**
Nonpriority creditor's name and mailing address
Classic Clocks
857 Collier Rd NW
Atlanta, GA 30318

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,820

Basis for the claim:  Grandfather clocks

Date or dates debt was incurred  Jan 2023

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**3.6**
Nonpriority creditor's name and mailing address
City Antiques & Interior Arts
700 Holcomb Bridge Rd #100
Roswell, GA 30076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,764

Basis for the claim:  Antique Furniture

Date or dates debt was incurred  Sept. 2022

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor __CLASSIC ANTIQUE FURNITURE BUSINESS, LLC__   Case number (if known)_____
         Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                    **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   $ __4,130__
    __Dior Oriental Rug Cleaning LLC__    *Check all that apply.*
    __6659 Peachtree Industrial Blvd Suite L__    ☐ Contingent
    __Norcross, GA 30092__    ☐ Unliquidated
    ☐ Disputed

    Basis for the claim: __Cleaning rugs__

    Date or dates debt was incurred __March 2023__    Is the claim subject to offset?
    Last 4 digits of account number ___ ___ ___ ___    ☐ No
    ☐ Yes

**3.2** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   $ __2,782__
    __H Restoration Inc.__    *Check all that apply.*
    __556 Tift St SW #B__    ☐ Contingent
    __Atlanta, GA 30310__    ☐ Unliquidated
    ☐ Disputed

    Basis for the claim: __Furniture Repair__

    Date or dates debt was incurred __Jan. 2023__    Is the claim subject to offset?
    Last 4 digits of account number ___ ___ ___ ___    ☐ No
    ☐ Yes

**3.3** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   $ __15,852__
    __Highland Row Antiques__    *Check all that apply.*
    __628 North Highland Avenue Northeast__    ☐ Contingent
    __Atlanta, GA 30306__    ☐ Unliquidated
    ☐ Disputed

    Basis for the claim: __Furniture__

    Date or dates debt was incurred __Oct. 2022__    Is the claim subject to offset?
    Last 4 digits of account number ___ ___ ___ ___    ☐ No
    ☐ Yes

**3.4** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   $ __7,475__
    __Persian Point Rugs Inc__    *Check all that apply.*
    __5180 Peachtree Blvd Ste 105__    ☐ Contingent
    __Chamblee, GA 30341__    ☐ Unliquidated
    ☐ Disputed

    Basis for the claim: __Furniture Reupholstering__

    Date or dates debt was incurred __March 2023__    Is the claim subject to offset?
    Last 4 digits of account number ___ ___ ___ ___    ☐ No
    ☐ Yes

**3.5** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   $ __13,260__
    __Restoration Hero LLC.__    *Check all that apply.*
    __680 Murphy Ave SW Ste 1096__    ☐ Contingent
    __Atlanta, GA 30310__    ☐ Unliquidated
    ☐ Disputed

    Basis for the claim: __Rugs__

    Date or dates debt was incurred __Jan 2023__    Is the claim subject to offset?
    Last 4 digits of account number ___ ___ ___ ___    ☐ No
    ☐ Yes

**3.6** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   $ __12,489__
    __Rugs International, Inc__    *Check all that apply.*
    __10800 Alpharetta Hwy #280__    ☐ Contingent
    __Roswell, GA 30076__    ☐ Unliquidated
    ☐ Disputed

    Basis for the claim: __Furniture Repair__

    Date or dates debt was incurred __March 2023__    Is the claim subject to offset?
    Last 4 digits of account number ___ ___ ___ ___    ☐ No
    ☐ Yes

Debtor CLASSIC ANTIQUE FURNITURE BUSINESS TRUST
_____
Name

Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

**3.1** Nonpriority creditor's name and mailing address

Thompson's Frame & Gallery

8560 Holcomb Bridge Rd #127

Alpharetta, GA 30022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,970

Basis for the claim: Artwork

Date or dates debt was incurred    Feb. 2023

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.2** Nonpriority creditor's name and mailing address

Turnage Place Estate Sales Co.

711 Trabert Ave NW

Atlanta, GA 30318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,970

Basis for the claim: Antique Furniture

Date or dates debt was incurred    Feb. 2023

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ 175,031 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 175,031 |

Fill in this information to identify the case:

Debtor name ___CLASSIC ANTIQUE FURNITURE BUSINESS TRUST___

United States Bankruptcy Court for the:_____ District of ___PR___
                                                                    (State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1**
State what the contract or lease is for and the nature of the debtor's interest: Lease

State the term remaining:

List the contract number of any government contract:

SHAO YUN CHEN
1004 S Peachtree Street
Norcross, GA 30071

**2.2**
State what the contract or lease is for and the nature of the debtor's interest: Representing SHAO YUN CHEN  See 2.1 above

State the term remaining:

List the contract number of any government contract:

EVICT THEM FOR ME.COM
2274 Salem Road Suite 106-140
Conyers, GA 30013

**2.3**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.4**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.5**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**Fill in this information to identify the case:**

Debtor name    CLASSIC ANTIQUE FURNITURE BUSINESS TRUST

United States Bankruptcy Court for the:_____ District of   __PR__
                                                           (State)

Case number (if known).   _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City _____ State _____ ZIP Code | | | |
| 2.2 _____ | Street _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City _____ State _____ ZIP Code | | | |
| 2.3 _____ | Street _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City _____ State _____ ZIP Code | | | |
| 2.4 _____ | Street _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City _____ State _____ ZIP Code | | | |
| 2.5 _____ | Street _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City _____ State _____ ZIP Code | | | |
| 2.6 _____ | Street _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City _____ State _____ ZIP Code | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name ___CLASSIC ANTIQUE FURNITURE BUSINESS TRUST___

United States Bankruptcy Court for the _____ District of __PR__
(State)

Case number (If known): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration____ Creditor Matrix, Corporate Resolution, Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08 / 23 / 2023__          ✗ _Bji /(4, TTEE_____
    MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                          By: Angel Rodriguez, TTEE_____
                                          Printed name

                                          Trustee_____
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name ___CLASSIC ANTIQUE FURNITURE BUSINESS TRUST___

United States Bankruptcy Court for the: _____ District of __PR__
                                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☒ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For prior year: | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For the year before that: | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | For prior year: | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $_____ |
   | For the year before that: | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $_____ |

| Debtor | CLASSIC ANTIQUE FURNITURE BUSINESS TRUST | Case number (if known) |
|---|---|---|
| | Name | |

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State        ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State        ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 4.2. | | | $ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

| Debtor | CLASSIC ANTIQUE FURNITURE BUSINESS TRUST | Case number (if known)_____ |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Shao Yun Chen v. David Dasilva and All Others | Eviction | Magistrate Court of Dekalb County, State of Georgia<br>Name<br>556 N. McDonough Street, Room 230<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>23D22446 | | Decatur          Georgia          30030<br>City          State          ZIP Code | |
| 7.2. | Case title<br>_____ | _____ | Court or agency's name and address<br>_____<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>_____ | | | |

Debtor   CLASSIC ANTIQUE FURNITURE BUSINESS TRUST
         Name

Case number (if known)_____

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | _____ | Name |
| City          State        ZIP Code | Case number | Street |
| | _____ | |
| | Date of order or assignment | City          State        ZIP Code |
| | _____ | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | _____ | _____ | $_____ |
| | Recipient's name | _____ | | |
| | Street | | | |
| | City          State        ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | _____ | _____ | $_____ |
| | Recipient's name | _____ | | |
| | Street | | | |
| | City          State        ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:   Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re:  CLASSIC ANTIQUE FURNITURE )
          BUSINESS TRUST        )    Case No.:
                               )
          Debtor           )    Chapter:   7
                               )
_____ )

CORPORATE OWNERSHIP STATEMENT

NOW COMES Angel Rodriguez as Trustee ("Trustee") for the Debtor,
CLASSIC ANTIQUE FURNITURE BUSINESS TRUST, ("Debtor") who
provides the following Corporate Ownership Statement for the Court and
hereby states the following:

WHEREAS, the Debtor is a Business Trust and legal title to all of the Trust
Res was granted on February 15, 2022 to the Trustee with broad discretion
to have, hold, invest, sell, trade, barter, lien, encumber, use as collateral or
borrow against in order to perform his duty as trustee and fiduciary, now
declares that the Trustee does own 100% of the legal title to all trust res and
the assets of the Debtor.

| **Trustee** | **% of Trust Res** | **Mailing Address** |
|---|---|---|
| Angel Rodriguez | 100%  Legal Title | 220 Calle Manuel Domenech |
| | | Unit #949 |
| | | San Juan, PR 00918 |

Verified on this day, August 23, 2023,

By: Angel Rodriguez, TTEE
CLASSIC ANTIQUE FURNITURE BUSINESS TRUST
220 Calle Manuel Domenech, Unit # 949
San Juan, PR 00918
(404) 496-8198
CAFBTR@gmail.com